UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>　　　　Defendant. | Civil Action No. |

**PLAINTIFF ABBOTT LABORATORIES'
CORPORATE DISCLOSURE STATEMENT**

　　Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Abbott Laboratories states that it has no parent corporation and no publicly held corporation owns ten percent or more of Abbott Laboratories' stock.

Dated: June 18, 2007

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Paul E. Crawford
　DE State Bar 0493
　E-mail: pcrawford@cblh.com
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(T) 302.658.9141
(F) 302.658.5614

*Attorneys for Abbott Laboratories*

Of Counsel
Daniel E. Reidy;　Bar No. 2306948
　E-mail:　dereidy@jonesday.com
James R. Daly;　Bar No. 6181714
　Email: jrdaly@jonesday.com
Jason G. Winchester;　Bar No. 6238377
　Email: jgwinchester@jonesday.com
Jeremy P. Cole;　Bar No. 6269551
　Email: jpcole@jonesday.com
Melissa B. Hirst;　Bar No. 6282498
　Email: mbhirst@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois　60601-1692
(T):　312.782.3939
(F):　312.782.8585

- 2 -

Perry C. Siatis
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois  60064-6034