## UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

ABBOTT LABORATORIES, an Illinois
corporation,

                          Plaintiff,

**SUMMONS IN A CIVIL CASE**

      V.

IMPAX LABORATORIES, INC., a Delaware
corporation

CASE NUMBER: 0 7 - 3 8 8

                         Defendant.

TO: IMPAX LABORATORIES, INC.
c/o The Prentice Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Paul E. Crawford
    Connolly Bove Lodge & Hutz, LLP.
    1007 N. Orange St.
    P.O. Box 2207
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     JUN 1 8 2007
_____               _____
CLERK                                               DATE

_Evette Watson_
_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | 6/18/07 |
| NAME OF SERVER (PRINT) CHRIS HAZEWSKI | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Impax Laboratories, Inc by serving its Registered Agent, The Prentice-Hall Corporation System, Inc at 2711 Centerville Rd, Wilm DE 19808 at 4:08pm Person Accepting Service: Mary Drummond

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/18/07
            Date

Signature of Server

230 N Market St, Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.