# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ABBOTT LABORATORIES, an Illinois corporation, )
)
)
       Plaintiff, )
)  Civil Action No. 07-388-***
       v. )
)
IMPAX LABORATORIES, INC., a Delaware corporation )
)
)
       Defendant. )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Daniel E. Reidy, James R. Daly, Jason G. Winchester, Jeremy P. Cole, and Melissa B. Hirst of the law firm of Jones Day, 77 W. Wacker Dr., Ste. 3500, Chicago, IL 60601 to represent Plaintiff Abbott Laboratories in this matter.

Date: June 19, 2007

*/s/ Paul E. Crawford*
Paul E. Crawford, Esquire (#0493)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
pcrawford@cblh.com

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Daniel E. Reidy, James R. Daly, Jason G. Winchester, Jeremy P. Cole, and Melissa B. Hirst is GRANTED.

Dated: _____, 2007

_____
United States District Court Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Northern District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules.

Date: May *10* , 2007

Daniel E. Reidy
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Direct Line: (312) 269-4140
Fax: (312) 782-8585
dereidy@jonesday.com

CHI-1587775v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Northern District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.   I also certify I am generally familiar with this Court's Rules.

Date: May _10_, 2007

James R. Daly
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Direct Line: (312) 269-4141
Fax: (312) 782-8585
jrdaly@jonesday.com

CHI-1587775v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Northern District of Illinois, and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action.   I also certify I am generally

familiar with this Court's Rules.

Date: May 8, 2007

Jason G. Winchester
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Direct Line: (312) 269-4373
Fax: (312) 782-8585
jgwinchester@jonesday.com

CHI-1587775v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Northern District of Illinois, and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action.   I also certify I am generally

familiar with this Court's Rules.

Date: May 14, 2007

Jeremy P. Cole
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Direct Line: (312) 269-4093
Fax: (312) 782-8585
jpcole@jonesday.com

CHI-1587775v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Northern District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.   I also certify I am generally familiar with this Court's Rules.

Date: May 8, 2007

Melissa B. Hirst
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Direct Line: (312) 269-4157
Fax: (312) 782-8585
mbhirst@jonesday.com

CHI-1587775v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, a true and correct copy of the foregoing **Motion and Order for Admission Pro Hac Vice** was caused to be served on the following via CM/ECF filing and electronic mail:

**U.S. MAIL AND E-MAIL**
C. Kyle Musgrove
Kenyon & Kenyon LLP
1500 K. Street, NW
Washington, DC 2005-1257
cmusgrove@kenyon.com


 /s/ Paul E. Crawford
Paul E. Crawford, Esquire (#493)
pcrawford@cblh.com