IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES,   )  <br>                                                     )  <br>                          Plaintiff,   )  <br>                                                     )   Civil Action No.: 07-388 ***  <br>         v.                                       )  <br>                                                     )  <br> IMPAX LABORATORIES, INC.,   )  <br>                                                     )  <br>                          Defendant.   )  <br>                                                     ) | |

**MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of C. Kyle Musgrove and Philip J. McCabe of the law firm of Kenyon & Kenyon LLP to represent Defendant Impax Laboratories, Inc. in this matter.

Dated: July 6, 2007

/s/ Mary B. Matterer
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for IMPAX LABORATORIES, INC.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the State of California and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 6, 2007

Signed: /s/ Philip J. McCabe
Philip J. McCabe, Esq.
Kenyon & Kenyon
333 West San Carlos Street, Suite 600
San Jose, CA 95110
(408) 975-7500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 5, 2007

Signed: _C. Kyle Musgrove_
C. Kyle Musgrove, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, D.C. 20005-1257
(202) 220-4200