IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ABBOTT LABORATORIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 07-388 *** |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

DEFENDANT IMPAX LABORATORIES, INC.'S
RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant certifies that Impax Laboratories, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: July 9, 2007

_____
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Philip J. McCabe
KENYON & KENYON
333 West San Carlos Street, Suite 600
San Jose, CA 95110
(408) 975-7500

C. Kyle Musgrove
KENYON & KENYON
1500 K Street, N.W., Suite 700
Washington, DC 2005
(202) 220-4200

Attorneys for IMPAX LABORATORIES, INC.