**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

11 July 2007

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Wilmington, DE 19801

Re:   Abbott Laboratories v. IMPAX Laboratories, Inc.
      District Court of Delaware Civil Action No. 07-388-***

Dear Judge Thynge,

The Plaintiff, Abbott Laboratories ("Abbott"), respectfully requests an approximate two week postponement of the scheduling telephone conference now set for July 17, 2007 at 11:30 AM (D.I. 11). The press of other matters would make it difficult for Abbott's counsel to effectively confer with opposing counsel regarding proposed dates for inclusion in the draft Scheduling Order now due tomorrow, July 12th.

Counsel for defendant, IMPAX Laboratories, Inc. ("IMPAX"), does not oppose this request. Both parties have indicated a preference, because of other commitments, not to have the telephone conference rescheduled to one of the following dates: July 30; August 6-10.

A new scheduling teleconference date and time is respectfully requested.

Sincerely,

*/s/ Paul E. Crawford*

Paul E. Crawford
Connolly Bove Lodge & Hutz LLP
PEC/jac
Cc:   Mary Matterer
      C. Kyle Musgrove, Esquire (via e-mail)