IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C. A. No. 07-388-*** |
| IMPAX LABORATORIES, INC., a Delaware corporation, | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **12th** day of **July, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference set for Tuesday, July 17, 2007 at 11:30 a.m. Eastern Time with Magistrate Judge Thynge has been rescheduled to **Thursday, August 2, 2007 at 10:00 a.m. Eastern Time**. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE