**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, | |
| Plaintiff, | Case No. CV-07C-00388*** |
| v. | Magistrate Judge Mary Pat Thynge |
| IMPAX LABORATORIES, INC., a Delaware corporation, | |
| Defendant. | |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Abbott Laboratories, hereby certify that a copy of Abbott Laboratories' Rule 26(A)(1) Disclosures was caused to be served on August 10, 2007 upon the following counsel of record via email and U.S. Mail:

C. Kyle Musgrove
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
cmusgrove@kenyon.com

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com

Philip J. McCabe
KENYON & KENYON LLP
333 West San Carlos St., Suite 600
San Jose, CA 95110
pmccabe@kenyon.com

Date:  August 10, 2007

By: */s/ Patricia S. Rogowski*
Patricia S. Rogowski (No. 2632)
Paul E. Crawford, Esq. (No. 0493)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

*Attorney for Abbott Laboratories*