# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| IMPAX LABORATORIES, INC., a Delaware Corporation | ) ) ) ) |
| Defendant. | ) |

Civil Action No. 07-388-***

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 10th day of August, 2007, copies of the following documents, **IMPAX'S INITIAL DISCLOSURES**, were served on counsel as indicated:

**By Hand and E-Mail**

Paul E. Crawford, Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19899

**By FedEx and E-Mail**

Jason G. Winchester, Esq.
Jones Day
77 West Wacker
Chicago, Illinois 60601

　　　/s/ Mary B. Matterer
Richard K. Herrmann (I.D. No. 415)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for IMPAX LABORATORIES, INC.*