IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-388-*** |
| IMPAX LABORATORIES, INC., a Delaware Corporation | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 14th day of August, 2007, copies of **DEFENDANT IMPAX LABORATORIES, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF ABBOTT LABORATORIES; AND DEFENDANT IMPAX'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF ABBOTT LABORATORIES**, were served on counsel as indicated:

**By Hand and E-Mail**

Paul E. Crawford, Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19899

**By E-Mail**

Jason G. Winchester, Esq.
Jones Day
77 West Wacker
Chicago, Illinois 60601


     /s/ Mary B. Matterer
Richard K. Herrmann (I.D. No. 415)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for IMPAX LABORATORIES, inc.