IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV-07C-00388***<br><br>Magistrate Judge Mary Pat Thynge |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Abbott Laboratories, hereby certify that a copy of (1) Abbott Laboratories' Response to Impax's First Set of Document Requests, and (2) Abbott Laboratories' Response to Impax's First Set of Interrogatories were served on September 13, 2007 upon the following counsel of record via email and U.S. Mail:

C. Kyle Musgrove
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
cmusgrove@kenyon.com

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com

Philip J. McCabe
KENYON & KENYON LLP
333 West San Carlos St., Suite 600
San Jose, CA 95110
pmccabe@kenyon.com

Date: September 14, 2007

By: */s/ Paul E. Crawford*
Paul E. Crawford, Esq. (No. 0493)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

*Attorney for Abbott Laboratories*