**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>       Defendant. | Case No.  CV-07C-00388***<br><br>Magistrate Judge Mary Pat Thynge |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Abbott Laboratories, hereby certifies that a copy of

Abbott Laboratories' First Set of Interrogatories (Nos. 1-16) to Impax Laboratories, Inc. and

Abbott Laboratories' First Request for Production of Documents and Things (Nos. 1-42) to

Impax Laboratories, Inc. were caused to be served on October 17, 2007 upon the following

counsel of record via email and U.S. Mail:

C. Kyle Musgrove
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
cmusgrove@kenyon.com

Philip J. McCabe
KENYON & KENYON LLP
333 West San Carlos St., Suite 600
San Jose, CA  95110
pmccabe@kenyon.com

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com

Date:   October 18, 2007

By: */s/ Paul E. Crawford*         
Paul E. Crawford, Esq. (No. 0493)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
Telephone:  (302) 658-9141
*Attorney for Abbott Laboratories*