IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-388-*** |
| | ) | |
| IMPAX LABORATORIES, INC., a | ) | |
| Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 19th day of November, 2007, copies of the following documents,

(1) **DEFENDANT IMPAX LABORATORIES, INC.'S RESPONSES AND OBJECTIONS TO ABBOTT LABORATORIES' FIRST REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS; and**

(2) **DEFENDANT IMPAX LABORATORIES, INC.'S RESPONSES AND OBJECTIONS TO ABBOTT LABORATORIES' FIRST SET OF INTERROGATORIES**

were served on counsel indicated as noted:

| | |
|---|---|
| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND FEDERAL EXPRESS** |
| Paul E. Crawford | Daniel E. Reidy |
| Connolly Bove Lodge & Hutz LLP | James R. Daly |
| 1007 N. Orange Street | Jason G. Winchester |
| Wilmington, DE  19801 | Jeremy P. Cole |
| pcrawford@cblh.com | Melissa B. Hirst |
| | Jones Day |
| | 77 West Wacker Drive, Suite 3500 |
| | Chicago, IL  60601-1692 |
| | 312.782.3939 |
| | dereidy@jonesday.com |
| | jrdaly@jonesday.com |
| | jgwinchester@jonesday.com |
| | jpcole@jonesday.com |
| | mbhirst@jonesday.com |

November 19, 2007              /s/ Mary B. Matterer
                               Mary B. Matterer (#2696)
                               MORRIS JAMES LLP
                               500 Delaware Avenue, Suite 1500
                               Wilmington, Delaware 19801
                               302-888-6918

                               *OF COUNSEL*
                               Philip J. McCabe
                               KENYON & KENYON
                               333 West San Carlos Street
                               Suite 600
                               San Jose, CA  95110
                               (408) 975-7500

                               C. Kyle Musgrove
                               KENYON & KENYON
                               1500 K Street, N.W.
                               Suite 700
                               Washington, DC 20005
                               (202) 220-4200

                               *Attorneys for Defendant Impax Laboratories, Inc.*