

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

November 30, 2007

Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

Re:   *Abbott Laboratories v. Impax Laboratories, Inc.*,
      Case No. 07-CV-00388***

Dear Judge Thynge:

      The parties hereby submit the enclosed Interim Status Report in accordance with this Court's order of August 20, 2007. The parties agree that they have no issues to add to the Interim Status Report, and therefore request that the status conference scheduled for December 7, 2007, at 1:00 p.m., be removed from the Court's calendar.

                                    Very truly yours,

                                      */s/ Paul Crawford*

                                      Paul E. Crawford

Enclosure

cc:    Jason G. Winchester (via email)
         Melissa B. Hirst (via email)
         Mary B. Matterer (via email)
         C. Kyle Musgrove (via email)
         Aimee Soucie (via email)
         Philip J. McCabe (via email)

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>        Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>        Defendant. | Case No. CV-07-00388***<br><br>Magistrate Judge Mary Pat Thynge |

## JOINT INTERIM STATUS REPORT

Pursuant to this Court's August 20, 2007 Scheduling Order in this case, Plaintiff Abbott Laboratories ("Abbott") and Defendant Impax Laboratories, Inc. ("Impax") submit this Joint Interim Status Report on the "nature of the matters in issue and a progress of discovery to date." (*See* Dkt. No. 22.)

**A.     Nature of the Matters in Issue**

This is a patent infringement case arising under the Hatch-Waxman Act, 35 U.S.C. § 271(e)(2). Abbott markets a prescription medication known as Depakote® ER (extended-release), which has been approved by the FDA for treatment of epilepsy, bipolar disorder, and prophylaxis of migraine headaches. Abbott owns certain patents, including U.S. Patent Nos. 6,713,086 ("the '086 patent") and 6,528,090 ("the '090 patent"), that are listed in the FDA's "Orange Book" in conjunction with Depakote® ER. The '086 and '090 patents cover a formulation for achieving the extended release of a drug product over time, and the patents expire December 18, 2018.

Impax has filed Abbreviated New Drug Application No. 78-791 (the "ANDA"), seeking FDA approval of a proposed generic version of Depakote® ER. In the ANDA, Impax included a

certification (known as a Paragraph IV Certification) stating that its proposed product, if allowed on the market, would not infringe any valid claim of the '086 and '090 patents. Impax also stated that its proposed product, if allowed on the market, would not infringe any valid claim of four other patents owned by Abbott and listed in the Orange Book in association with Depakote® ER—U.S. Patent Nos. 6,419,953; 6,511,678; 6,528,091; and 6,720,004. These four patents, like the '086 and '090 patents, cover a formulation for achieving the extended release of a drug product over time, and the patents expire December 18, 2018.[1] Thus, Impax seeks approval to market its product prior to the expiry of all six Formulation Patents.

As required by statute, Impax provided notice to Abbott about the filing of the ANDA and the Paragraph IV Certification. Within 45 days of receiving that notice, Abbott filed this action, alleging that Impax's proposed generic product would, if allowed on the market, infringe the '086 and '090 patents. As a result of Abbott's timely filing, there is currently in place a statutory stay that will prevent FDA approval of the ANDA for a period of 30 months (until November 2009), absent some earlier resolution of this matter on the merits.

In its Amended Answer and Counterclaims, Impax asserts affirmative defenses of non-infringement and invalidity against all six Formulation Patents and also seeks a declaratory judgment that all six Formulation Patents are invalid and/or not infringed.

**B.   Progress of Discovery to Date**

Fact discovery closes on May 2, 2008, and expert discovery closes December 1, 2008.

The parties exchanged initial disclosures on August 10, 2007, and agreed on a stipulated protective order, which was entered by this Court on September 10, 2007. Since that time, both parties have served and responded to substantial written discovery. Abbott responded to Impax's 15 interrogatories and 65 requests for the production of documents and things on September 13,

---

[1] Collectively, these six patents will be referred to as the "Formulation Patents."

2007. Impax, in turn, responded to Abbott's 16 interrogatories and 42 requests for the production of documents and things on November 19, 2007.

As of October 29, 2007, Abbott's production to Impax encompasses some 130,000 pages of documents relating to matters including the prosecution of the Formulation Patents and the development of the claimed invention. Abbott anticipates producing additional documents, and hopes to complete its production by the end of this calendar year. Impax anticipates that its production of documents to Abbott will begin on or before December 7, 2007, and hopes to complete its production by the end of this calendar year.

The parties are involved in the meet-and-confer process relating to discovery issues but, at this time, do not believe that any discovery disputes are ripe for resolution by this Court. The parties intend to proceed with discovery according to the schedule set by this Court.

## C.     Miscellaneous Issues

The parties have not discussed settlement and do not believe that a settlement conference with the Court, counsel, and their clients would be beneficial at this time.

Currently, the parties do not believe that the Scheduling Order entered on August 20, 2007, should be modified in any respect, but each party reserves the right to seek modification of that Order if necessary as discovery progresses.

Dated: November 30, 2007

| | |
|---|---|
| MORRIS JAMES LLP<br><br>By: /s/ Mary B. Matterer<br>   Richard K. Herrmann (#405)<br>   Mary B. Matterer (#2696)<br>   MORRIS JAMES LLP<br>   500 Delaware Avenue, Suite 1500<br>   Wilmington, DE 19801<br>   302-888-6918<br><br>*Attorneys for Defendant*<br>*Impax Laboratories, Inc.*<br><br>OF COUNSEL:<br><br>Philip J. McCabe<br>KENYON & KENYON<br>333 West San Carlos Street<br>Suite 600<br>San Jose, CA 95110<br>(408) 975-7500<br><br>C. Kyle Musgrove<br>KENYON & KENYON<br>1500 K Street, N.W.<br>Suite 700<br>Washington, DC 2005<br>(202) 220-4200 | CONNOLLY BOVE LODGE & HUTZ LLP<br><br>By: /s/ Paul E. Crawford<br>Paul E. Crawford<br>  DE State Bar 0493<br>  E-mail: pcrawford@cblh.com<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange St.<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(T) 302.658.9141<br>(F) 302.658.5614<br><br>Daniel E. Reidy (admitted *pro hac vice*)<br>  E-mail: dereidy@jonesday.com<br>James R. Daly (admitted *pro hac vice*)<br>  Email: jrdaly@jonesday.com<br>Jason G. Winchester (admitted *pro hac vice*)<br>  Email: jgwinchester@jonesday.com<br>Jeremy P. Cole (admitted *pro hac vice*)<br>  Email: jpcole@jonesday.com<br>Melissa B. Hirst (admitted *pro hac vice*)<br>  Email: mbhirst@jonesday.com<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois 60601-1692<br>(T): 312.782.3939<br>(F): 312.782.8585<br><br>Of Counsel<br>Perry C. Siatis<br>ABBOTT LABORATORIES<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-6034<br><br>*Attorneys for Abbott Laboratories* |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2007, a true and correct copy of the foregoing document, entitled **Joint Interim Status Report**, was served on the following persons via CM/ECF as well as the following methods:

**VIA ELECTRONIC MAIL**
C. Kyle Musgrove
KENYON & KENYON LLP
1500 K Street, NW
Washington, D.C. 20005-1257
cmusgrove@kenyon.com

Philip J. McCabe
KENYON & KENYON LLP 333 West San Carlos St., Suite 600
San Jose, CA 95110

pmccabe@kenyon.com

**VIA HAND DELIVERY AND E-MAIL**
Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com

/s/ Paul E. Crawford
Paul E. Crawford, Esquire (#493)
pcrawford@cblh.com