# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-388-*** |
| | : | |
| IMPAX LABORATORIES, INC., a Delaware corporation, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

At Wilmington this **3rd** day of **December, 2007**.

IT IS ORDERED that the status teleconference set for Friday, December 7, 2007 at 1:00 p.m. with Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE