**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> IMPAX LABORATORIES, INC., a Delaware corporation, <br><br> Defendant. | Case No. 07-CV-00388-GMS <br><br> Judge Gregory M. Sleet <br><br> Magistrate Judge Mary Pat Thynge |

**STIPULATION OF DISMISSAL**

Plaintiff Abbott Laboratories ("Abbott") and Defendant Impax Laboratories, Inc. ("Impax") have agreed to a settlement of this action and executed a final *Settlement and License Agreement* dated May 7, 2008. In accordance with that agreement, Abbott and Impax agree to dismissal without prejudice of all counts, claims, and counterclaims asserted in the above-captioned cases.

Each party shall bear its own costs.

Dated: May 12, 2008

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Paul E. Crawford* | */s/Mary B. Matterer* |
| Paul E. Crawford (#493) <br>   E-mail: pcrawford@cblh.com <br> 1007 N. Orange St. <br> P.O. Box 2207 <br> Wilmington, DE 19899 <br> (T): 302.658.9141 <br> (F): 302.658.5614 | Richard K. Herrmann (#405) <br>   E-mail: rherrmann@morrisjames.com <br> Mary B. Matterer (#2696) <br>   E-mail: mmatterer@morrisjames.com <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801-1494 <br> (T): 302.888.6960 <br> (F): 302.571.1750 |

Daniel E. Reidy (admitted *pro hac vice*)
  E-mail:  dereidy@jonesday.com
James R. Daly (admitted *pro hac vice*)
  Email: jrdaly@jonesday.com
Jason G. Winchester (admitted *pro hac vice*)
  Email: jgwinchester@jonesday.com
Melissa B. Hirst (admitted *pro hac vice*)
  Email: mbhirst@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601-1692
(T):  312.782.3939
(F):  312.782.8585

*Of Counsel*
Perry C. Siatis
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois  60064-6034

*Attorneys for Abbott Laboratories*

*Of Counsel*
C. Kyle Musgrove
  E-mail:  cmusgrove@kenyon.com
Aimee Soucie
  Email:  asoucie@kenyon.com
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC  20005-1257
(T):  202.220.4237
(F):  202.220.4201

Philip J. McCabe
  E-mail:  pmccabe@kenyon.com
KENYON & KENYON LLP
333 West San Carlos St.
Suite 600
San Jose, CA  95110
(T):  408.975.7965
(F):  408.975.7501

*Attorneys for Impax Laboratories, Inc.*