AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>07cv388 | DATE FILED<br>6/18/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Abbott Laboratories | | DEFENDANT<br><br>Impax Laboratories, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,713,086 B2 | 3/30/04 | Abbott Laboratories |
| 2 | 6,528,090 B2 | 3/4/03 | Abbott Laboratories |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Stipulation of Dismissal filed - closed 5/14/08

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>Marie McDavid | DATE 5/14/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 07-CV-00388-GMS<br><br>Judge Gregory M. Sleet<br><br>Magistrate Judge Mary Pat Thynge |

## **STIPULATION OF DISMISSAL**

Plaintiff Abbott Laboratories ("Abbott") and Defendant Impax Laboratories, Inc. ("Impax") have agreed to a settlement of this action and executed a final *Settlement and License Agreement* dated May 7, 2008. In accordance with that agreement, Abbott and Impax agree to dismissal without prejudice of all counts, claims, and counterclaims asserted in the above-captioned cases.

Each party shall bear its own costs.

Dated: May 12, 2008

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS JAMES LLP |
|  */s/ Paul E. Crawford* |  */s/Mary B. Matterer* |
| Paul E. Crawford (#493)<br>  E-mail: pcrawford@cblh.com<br>1007 N. Orange St.<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(T): 302.658.9141<br>(F): 302.658.5614 | Richard K. Herrmann (#405)<br>  E-mail: rherrmann@morrisjames.com<br>Mary B. Matterer (#2696)<br>  E-mail: mmatterer@morrisjames.com<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(T): 302.888.6960<br>(F): 302.571.1750 |

Daniel E. Reidy (admitted *pro hac vice*)
  E-mail: dereidy@jonesday.com
James R. Daly (admitted *pro hac vice*)
  Email: jrdaly@jonesday.com
Jason G. Winchester (admitted *pro hac vice*)
  Email: jgwinchester@jonesday.com
Melissa B. Hirst (admitted *pro hac vice*)
  Email: mbhirst@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
(T): 312.782.3939
(F): 312.782.8585

*Of Counsel*
Perry C. Siatis
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois 60064-6034

*Attorneys for Abbott Laboratories*

*Of Counsel*
C. Kyle Musgrove
  E-mail: cmusgrove@kenyon.com
Aimee Soucie
  Email: asoucie@kenyon.com
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
(T): 202.220.4237
(F): 202.220.4201

Philip J. McCabe
  E-mail: pmccabe@kenyon.com
KENYON & KENYON LLP
333 West San Carlos St.
Suite 600
San Jose, CA 95110
(T): 408.975.7965
(F): 408.975.7501

*Attorneys for Impax Laboratories, Inc.*